**Order entered July 10, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00850-CV

### IN RE HEATHER DEANNA, Relator

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-51083-07**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus and motion for emergency stay. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DAVID LEWIS
            JUSTICE